UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF EDUCATION, and MINNESOTA STATE HIGH SCHOOL LEAGUE,

Defendants.

Case No. 26-CV-2078 (ECT/DLM)

**STATE DEFENDANT MINNESOTA DEPARTMENT OF EDUCATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Minnesota Department of Education moves the Court to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. This Motion is based upon all files, records and proceedings herein, including the Memorandum of Law and attached declaration filed and served herewith.

Dated: August 17, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Katherine Bies**
KATHERINE BIES
Special Counsel
Atty. Reg. No. 0401675

PETER J. FARRELL
Acting Solicitor General
Atty. Reg. No. 0393071

MAURA ALLEN
Assistant Attorney General
Atty. Reg. No. 0504790

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-0917 (Voice)
(651) 282-5832 (Fax)
katherine.bies@ag.state.mn.us
peter.farrell@ag.state.mn.us
maura.allen@ag.state.mn.us

*Attorneys for State Defendant*
*Minnesota Department of Education*

|#6360977-v1